UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 22-50072 |
| Plaintiff, | FACTUAL BASIS STATEMENT |
| vs. | |
| DEAN RUSSELL SCHALLENKAMP, | |
| Defendant. | |

The Defendant states the following facts are true, and the parties agree that they establish a factual basis for the offense(s) to which the Defendant is pleading guilty pursuant to Fed. R. Crim. P. 11(b)(3).

On July 27, 2021, RCPD Det. Elliott Harding received a Cybertip from the National Center for missing and Exploited Children (NCMEC) generated by Microsoft related to a user later identified as Dean Russell Schallenkamp. The Cybertip was related to a suspected image of child pornography distributed on June 26, 2021. Det. Harding obtained a state search warrant to view the image in the Cybertip and he confirmed there were two images. One was a girl between 5-8 being orally raped and the other a girl 4-7 being orally raped. HSI Analyist Amber Cooper subpoenaed Midco regarding the IP address responsible for downloading the images and it returned to Schallenkamp at his Deadwood home.

On September 2, 2021, agents executed a search warrant on Schallenkamp's home. Some agents searched the home while Det. Harding contacted Schallenkamp. When informed why the agents were there, he admitted to seeing the Cybertip images when shown sanitized versions of the

images and said he thought one girl to be 4-6 years old. He admitted he obtained images of child pornography by web surfing. Schallenkamp said he saved child pornography on this HP desktop computer and thumb drives. He said he began receiving images of child pornography due to "curiosity" and that he found it "fascinating," and estimated the youngest victim to be 3-4 years old. Schallenkamp admitted to receiving and possessing child pornography for 7-10 years and that he masturbates to it "about once a month." He likes child pornography because "they are younger, cleaner and fresher." Schallenkamp admitted he knew child pornography was illegal but claimed to have never sent child pornography to anyone.

ICAC Forensic Examiner Hollie Strand conducted extractions and exams of Schallenkamp's devices which were seized during the search warrant. On six of his devices, she located 8,115 images of child pornography, 315 videos of child pornography, 10 images of computer-generated child pornography and one video of computer-generated child pornography. Some images depicted bondage/torture, infants/toddlers and bestiality. Strand also located thousands of internet searches indicative of seeking child pornography as well as over 8,000 internet artifacts related to child pornography. The earliest image of child pornography Schallenkamp downloaded was on March 10, 2011.

All images were downloaded off the internet and all devices used to receive and possess child pornography were manufactured outside of South Dakota.

ALISON J. RAMSDELL
United States Attorney

10/12/22

*Sarah B Collins*

Date
                                                 SARAH B. COLLINS
                                                 Senior Litigation Counsel
                                                 515 9th Street #201
                                                 Rapid City, SD 57701
                                                 Telephone:  (605) 342-7822
                                                 E-Mail:  Sarah.B.Collins@usdoj.gov

10/11/22

Date
                                                 Dean Russell Schallenkamp
                                                 Defendant

10 · 11·22

Date
                                                 Jennifer Albertson
                                                 Attorney for Defendant

3